FILED

May 12 2020, 10:33 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court



| APPELLANT PRO SE | ATTORNEY FOR APPELLEE |
|---|---|
| Thomas DeCola<br>North Judson, Indiana | Janette E. Surrisi<br>Wyland, Humphrey, Clevenger<br>  & Surrisi, LLP<br>Plymouth, Indiana |

# IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| Thomas DeCola,[1]<br><br>*Appellant-Plaintiff,*<br><br>v.<br><br>Starke County Election Board,<br><br>*Appellee-Defendant* | May 12, 2020<br><br>Court of Appeals Case No.<br>20A-MI-709<br><br>Appeal from the<br>Starke Circuit Court<br><br>The Honorable Michael S.<br>Bergerson, Special Judge<br><br>Trial Court Cause No.<br>75C01-2002-MI-11 |

**Vaidik, Judge.**

[1] In January and February of this year, Thomas DeCola declared his candidacy for three offices in the Starke County primary election that was originally

---

[1] In the caption of his complaint and the caption of his appellate brief, the appellant indicated that his last name is "De Cola." In the body of his complaint and the body of his brief, however, he refers to himself as "DeCola." We adopt the latter spelling.

scheduled to be held on May 5: Starke County Treasurer, Railroad Township Republican Precinct Committeeman, and Republican State Convention Delegate-District 17. On February 7, Starke County Republican Party Chairman Dave Kesvormas filed challenges to DeCola's candidacy for all three offices, claiming that DeCola had engaged in "gross misconduct" at a political conference and that he "does not meet the qualification and prerequisite set forth in the rules of the Indiana GOP." Appellant's App. Vol. II pp. 14, 15. The Starke County Election Board held a hearing on the matter on February 26, sustained the challenges, and ruled that DeCola "will not appear on the primary ballot in Starke County in 2020." *Id.* at 126.

[2] On February 28, DeCola appealed the Election Board's action to the Starke Circuit Court, asking the court to "order the Board to reinstate his candidacies[.]" *Id.* at 7. A hearing was scheduled for March 20. That day, Governor Holcomb issued an executive order postponing the primary election until June 2 because of the COVID-19 pandemic. *See* Executive Order 20-07, https://www.in.gov/gov/files/EO_20-07_Rescheduling_Primary.pdf [https://perma.cc/7Z6L-VV2A] During the hearing, however, the Election Board's attorney indicated that some absentee ballots had already been sent to voters. After the hearing, the court issued an order affirming the Election Board's decision.

[3] DeCola then appealed the trial court's decision to this Court. The matter was transmitted to this panel on May 7. DeCola asks us to order the Election Board to "reinstate" his three candidacies "on the June 2, 2020 Starke County

Republican Primary and absentee ballots." Appellant's Br. p. 17. The problem with that requested relief is that only three weeks remain before the primary—a primary that will be conducted largely via absentee ballot because of the COVID-19 pandemic. Even under optimal circumstances, it is highly unlikely we would order a county election board to start from scratch on absentee ballots three weeks before an election. We certainly will not do so with the pandemic ongoing, with Indiana's reopening effort still in its early stages, and with a growing number of absentee ballots having already been sent to voters. As the Election Board states, "To redo the absentee ballot in this environment would be untenable." Appellee's Br. p. 18. DeCola makes no argument to the contrary.

[4] As we have said, "A case should be dismissed as moot when no effective relief can be rendered to the parties before the court." *J.B. v. State*, 55 N.E.3d 831, 833 (Ind. Ct. App. 2016). Because we could not grant DeCola the relief he seeks even if we were to agree with him that the Election Board erred by keeping him off the ballot, we dismiss his appeal. We express no opinion on the merits of the Election Board's decision.[2]

[5] Dismissed.

---

[2] DeCola has filed a motion to strike part of the Election Board's brief and a "Motion to Change the Security Code for De Cola's Filings." In separate orders issued today, we deny the former motion and grant the latter.

May, J., and Robb, J., concur.